# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | 15375 Memorial Corporation | | |
| **Case Number:** | 06-10859-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 12, 2007 09:30 AM   2B DISTRICT CRT | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

1) PreTrial Conference
   **R / M #:**   230 / 0

2) **ADV: 1-06-50822**
   **Santa Fe Minerals, Inc. vs BEPCO, L.P., formerly known as Bass Ente**
   Pre-Trial Conference
   **R / M #:**   120 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - PTC held
#2 - Denied
#3 - Motion to exclude McCreight testimony: Denied
  Motion to maintain confidentiality of insurance policies: Denied
  Motion to exclude evidence re: alter ego issues: Granted
  Motion to exclude Summary Report: Deferred
  Motion to determine that Bass lacks standing: Denied