# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 15375 MEMORIAL CORP., et al. | § | Case No. 06-10859 (KG) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Re: D.I. 589 |

| | § | |
|---|---|---|
| **SANTA FE MINERALS, INC.,** | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 06-50822 (KG) |
| | § | |
| v. | § | Re: Adv. D.I. 269 |
| | § | |
| BEPCO, L.P. f/k/a Bass Enterprises Production Company, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| **GLOBALSANTAFE CORPORATION, GLOBALSANTAFE CORPORATE SERVICES, INC. AND ENTITIES HOLDINGS, INC.** | § | |
| | § | |
| Intervenors. | § | |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

On June 28, 2010, Transocean Worldwide Inc., as the successor by amalgamation to GlobalSantaFe Corporation, GlobalSantaFe Corporation Services, Inc. and Entities Holdings, Inc. (collectively "GSF Entities"), pursuant to Bankr. R. 8001 and 28 U.S.C. § 158(a), filed a Notice of Appeal [Bankr. D.I. 589, Adv. D.I. 269] appealing from the *(i) the May 17, 2010 Memorandum Opinion [Bankr. D.I. 580, Adv. D.I. 262] and (ii) the June 14, 2010 Order Imposing Sanctions Pursuant to Fed. R. Bankr. P. 9011, 11 U.S.C. § 105(a), the Court's Inherent*

*Power and 28 U.S.C. § 1927* [*Bankr. D.I. 584, Adv. D.I. 265*] entered in the above captioned proceedings.

The GSF Entities have not yet designated a record on appeal, nor has a record yet been compiled or transmitted under Bankr. R. 8007. The GSF Entities' appeal has not yet been docketed with the United States District Court for the District of Delaware.

All the parties to the appeal (i.e., the GSF Entities, BEPCO, L.P. f/k/a Bass Enterprises Production Company ("BEPCO"), and 15375 Memorial Corp. and Santa Fe Minerals, Inc.) now agree and stipulate that this appeal is hereby voluntarily dismissed pursuant to Bankr. R. 8001(c)(1).

Dated: July 6, 2010

| | |
|---|---|
| */s/ Kevin J. Mangan*<br>Francis A. Monaco, Jr. (#2078)<br>Kevin J. Mangan (#3810)<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4361<br><br>-and-<br><br>Philip G. Eisenberg<br>W. Steven Bryant<br>Locke Lord Bissell & Liddell, LLP<br>2800 JPMorgan Chase Tower<br>600 Travis Street, Ste. 2800<br>Houston, TX 77002<br>Telephone: (713) 226-1200<br><br>*Counsel to Transocean Worldwide Inc., as the successor by amalgamation to GlobalSantaFe Corporation, GlobalSantaFe Corporation Services, Inc. and Entities Holdings, Inc.* | */s/ Gregory W. Werkheiser* (by permission KJM)<br>Gregory W. Werkheiser<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 351-9229<br><br>*Counsel to BEPCO, L.P., f/k/a Bass Enterprises Production Company*<br><br>*/s/ John D. Demmy* (by permission KJM)<br>John D. Demmy<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3308<br><br>*Counsel for the Debtors, 15375 Memorial Corp. & Santa Fe Minerals, Inc.* |